**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
   E-Mail: Christopher.Bakes@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, KAWEAH MANOR, INC.,
dba KAWEAH MANOR CONVALESCENT HOSPITAL'S

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719<br><br>[Removal from Superior Court of California, County of Tulare Case No. ] VCU284261<br><br>**KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S JOINDER IN NOTICE OF REMOVAL OF ACTION FILED BY DEFENDANT SPRUCE HOLDINGS, LLC dba RED WOOD SPRINGS HEALTHCARE CENTER** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, Reserving all rights and defenses, Defendant Kaweah Manor, Inc., dba Kaweah Manor Convalescent Hospital, by and through its counsel of record, hereby joins in the removal of the action pending in the Superior Court of the State of California, in and for the County of Tulare, entitled *GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO, vs. KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,* Case No. VCU2842, to the United States District

4851-4276-2196.1

Court for the Eastern District of California by Defendant Spruce Holdings, LLC dba Redwood Springs Healthcare Center pursuant to 28 U.S.C. §§ 1331, 1441, 1442 (a)(1) and 1446.  Defendant Spruce Holding's Notice of Removal filed with the Eastern District of California on December 7, 2020 is entered as Dkt #2.

Dated:  December 7, 2020  Lewis Brisbois Bisgaard & Smith LLP

By: /s/ *Christopher J. Bakes*
Christopher J. Bakes
Attorneys for Defendant, KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL

4851-4276-2196.1 -2-

**KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S JOINDER IN NOTICE OF REMOVAL OF ACTION FILED BY DEFENDANT SPRUCE HOLDINGS, LLC dba RED WOOD SPRINGS HEALTHCARE CENTER**