# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAWEAH MANOR, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-01719-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 7) |

On December 7, 2020, this action was removed to this Court from the Superior Court of California, County of Tulare.  (ECF Nos. 1, 2, 3.)  On December 9, 2020, the parties filed a stipulating requesting an extension of the deadline for Defendants to file a responsive pleading until after a ruling is issued on an anticipated motion to remand.  (ECF No. 7.)  The filing specifies that Defendants each anticipate filing a motion to dismiss and a motion to strike, after adjudication on Plaintiff's anticipated motion to remand.  The parties proffer that an extension of the deadline is in the interests of judicial economy, and the parties agree the Court should hear and rule on the motion to remand before the parties submit briefing on the motions to dismiss and strike.  (Id. at 2.)  The Court finds good cause to grant the parties' stipulated request.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that pursuant to the parties' stipulation, the deadline for Defendants to answer or otherwise file a responsive pleading shall be extended to ten (10) days following the Court's issuance of a ruling on the anticipated motion to remand.

IT IS SO ORDERED.

Dated: __**December 9, 2020**__

UNITED STATES MAGISTRATE JUDGE