# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO,<br><br>           Plaintiff,<br><br>     v.<br><br>KAWEAH MANOR, INC., et al.,<br><br>           Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>TEN DAY DEADLINE |

On December 9, 2020, the parties filed a stipulation to extend the time for Defendants to respond to the complaint until after a decision on an anticipated motion to remand was issued. (ECF No. 7.) The stipulation indicated that the motion to remand would be filed within twenty-one days of the order approving the stipulation. (Id.) On December 10, 2020, an order issued extending the time for Defendants to respond to the complaint until after a decision on the motion to remand was issued. (ECF No. 8.) More than twenty-one days have passed and no motion to remand has been filed.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within **ten (10) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 12, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1