1  William C. Wilson, SBN: 149683
   bwilson@wilsongetty.com
2  Kim S. Cruz, SBN: 177406
   kcruz@wilsongetty.com
3  Ryan G. Canavan, SBN: 313990
   rcanavan@wilsongetty.com
4  WILSON GETTY LLP
5  12555 High Bluff Drive, Suite 270
   San Diego, California 92130
6  Telephone:     858.847.3237
7  Facsimile:     858.847.3365
   Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE
8  CENTER

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO, | Case No. 1:20-cv-01719-NONE-SAB |
|---|---|
| Plaintiffs, | [Removed from Superior Court of California, County of Tulare Case No. VCU284261] |
| vs. | Action Filed: September 11, 2020 |
| KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50, | **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 123** |
| Defendants. | Judge:            Not Assigned<br>Magistrate Judge: Stanley A. Boone<br>Courtroom:         Not Assigned<br>Trial Date:        Not Set |

Pursuant to E.D. Cal. Local Rule 123, Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER. provide notice that the following two actions (including this one), are related:

(1)   Jamie Gonzalez, individually and as Successor in Interest to the Estate of Santiago Gonzalez, deceased, Jorge Gonzalez; Americo Gonzalez; Marisusi Rodriguez; Ramona Rodriguez; Roberto Gonzaelz; Tarcila Reveles; and Santiago Gonzalez. v. Redwood Springs Healthcare Center;

Spruce Holdings, LLC and Does 1 to 50, inclusive, Case No. 1-20-cv-01260-NONE_EPG, ("*Gonzalez*"); and

(2) Gary Gagliolo, individually and as Successor in Interest to the Estate of Joseph Gagliolo v. Kaweah Manor, Inc., dba Kaweah Manor Convalescent Hospital; Spruce Holdings, LLC dba Redwood Springs Healthcare Center, and Does 1 – 50, Case No. 1:20-cv-01719-NONE-SAB, ("*Gagliolo*").

In each of these two actions, Plaintiffs allege that that due to the wrongful acts and omissions of Defendants, the Plaintiffs' respective decedents became infected with COVID-19 during their residencies at Redwood Springs Healthcare Center, and died in April, 2020.

On September 4, 2020, Defendant removed *Gonzalez* to this Court and on December 7, 2020 Defendant removed *Gagliolo* to this Court, on the grounds that: (1) the Court has "original jurisdiction" because Plaintiffs' Complaints assert claims that arise under and implicate the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, and over which the Court has exclusive jurisdiction; (2) that the cases raise substantial and important federal issues therefore providing embedded federal question jurisdiction over Plaintiffs' claims; and (3) Defendants are being sued for acts undertaken at the direction of a federal officer.

These actions are all related under Local Rule 123 because: (1) both actions involve similar questions of fact and the same questions of law and their assignment to the same Judge or Magistrate Judge is likely to affect a substantial savings of judicial effort.

Dated:  January 13, 2021                                         WILSON GETTY LLP

By: /s/ Kim S. Cruz
William C. Wilson
Kim S. Cruz
Ryan G. Canavan

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER

*Gary Gagliolo, individually and as SII to the Estate of Joseph Gagliolo v. Kaweah Manor, Inc. dba Kaweah Manor Convalescent Hospital, et al.*
**United States District Court**
**Eastern District of Caliornia**
**Case No.**
**\*\*\***
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **January 13, 2021**, I served the foregoing documents, described in this action as:

- **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 123**

As follows:

> Dawn M. Smith, Esq.
> Eric D. Hitchcock, Esq.
> Smith Clinesmith, LLP
> 325 N. St. Paul St., 29th Floor
> Dallas, TX 75201
> T: 214.953.1900
> F: 214.953.1901
> Email: dawn@smithclinesmith.com
> Email: Eric@smithclinesmith.com
> *Counsel for Plaintiff*

**[X]	By CM/ECF ELECTRONIC DELIVERY:**	In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**	I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 13, 2021** at San Diego, California.

_____
Tonya Jampois

**PROOF OF SERVICE**