William C. Wilson, SBN: 149683
bwilson@wilsongetty.com
Kim S. Cruz, SBN: 177406
kcruz@wilsongetty.com
Ryan G. Canavan, SBN: 313990
rcanavan@wilsongetty.com
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:    858.847.3237
Facsimile:     858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU284261]<br><br>Action Filed: September 11, 2020<br><br>**NOTICE OF ERRATA RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER, LLC hereby advises this honorable Court of an error in the filing Pertaining to Docket Number 11, STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT.

Paragraph 7 of the Stipulation provides as follows:   As of January 12, 2021, Plaintiff's Motion to Remand had not been filed so on this date, the Court signed an Order which provided that

1  Defendants shall file a responsive pleading within ten (10) days of the date of entry of the Order. The

2  Order was filed on January 13, 2021, making Defendants' responses to the Complaint due on January

3  22, 2021. A true and correct copy of this Order is attached hereto as Exhibit "C."

4      This paragraph is hereby corrected to provide as follows: "As of January 12, 2021, Plaintiff's

5  Motion to Remand had not been filed so on this date, the Court signed an Order which provided that

6  Defendants shall file a responsive pleading within ten (10) days of the date of entry of the Order. The

7  Order was filed on January 13, 2021. <u>Thus, per Federal Rule of Civil Procedure Rule 26 (A0(1)(c),

8  Defendants' responses to the Complaint are due on Monday, January 25, 2021 as January 23, 2020,

9  falls on a Saturday</u>. A true and correct copy of this Order is attached hereto as Exhibit "C."

10      We apologize for this error, and for any inconvenience it may have caused.

Dated: January 22, 2021          WILSON GETTY LLP

By: /s/ Kim S. Cruz
      William C. Wilson
      Kim S. Cruz
      Ryan G. Canavan

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER

**NOTICE OF ERRATA RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**
**Case No. 1:20-cv-01719-NONE-ASB**

*Gary Gagliolo, individually and as SII to the Estate of Joseph Gagliolo v. Kaweah Manor, Inc. dba Kaweah Manor Convalescent Hospital, et al.*
**United States District Court**
**Eastern District of Caliornia**
Case No.
***
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **January 22, 2021**, I served the foregoing documents, described in this action as:

**NOTICE OF ERRATA RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

As follows:

Dawn M. Smith, Esq.
Eric D. Hitchcock, Esq.
Smith Clinesmith, LLP
325 N. St. Paul St., 29th Floor
Dallas, TX 75201
T: 214.953.1900
F: 214.953.1901
Email: dawn@smithclinesmith.com
Email: Eric@smithclinesmith.com
*Counsel for Plaintiff*

**[X]    By CM/ECF ELECTRONIC DELIVERY:**    In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 22, 2021** at San Diego, California.

_____
Tonya Jampois