# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO,<br><br>    Plaintiff,<br><br>    v.<br><br>KAWEAH MANOR, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 11) |

On December 7, 2020, this action was removed to this Court from the Superior Court of California, County of Tulare. (ECF Nos. 1, 2, 3.) On December 10, 2020, pursuant to the parties' stipulation, the Court extended the deadline for Defendants to answer or otherwise file a responsive pleading to ten (10) days following the Court's issuance of a ruling on an anticipated motion to remand. (ECF No. 7.) On January 13, 2021, due to no motion to remand being filed despite the parties' stipulation indicating that one would be filed within twenty-one (21) days of the order approving the stipulation, the Court ordered Defendants to file a responsive pleading within ten (10) days. (ECF No. 9.) On January 22, 2021, the parties filed a stipulated request to again extend the time for Defendants to file a responsive pleading. (ECF No. 11.) The parties also filed a notice of errata pertaining to the stipulation. (ECF No. 12.)

According to the stipulation now before the Court, on January 14, 2021, counsel for the parties conferred and Plaintiff's counsel advised counsel for Defendant Spruce Holdings, LLC,

that the motion to remand would be filed by January 22, 2021. (ECF No. 11.) Defendants still intend to file a motion to dismiss and a motion to strike, and in order to preserve resources of the parties and the Court, the parties have again agreed and stipulate that the Court should hear and rule on the motion to remand prior to submitting such other motions. (Id.) The parties also agree that Defendants should have until ten (10) days after a ruling on the motion to remand to file a responsive pleading, or alternatively, if Plaintiff does not file the motion to remand by January 22, 2021, Defendants' responsive pleading should be due within ten (10) days, or February 1, 2021.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to respond to Plaintiff's complaint is extended to ten (10) days after the filing date of a motion to remand to be filed by Plaintiff on or before January 22, 2021; and

2. If Plaintiff does not file a motion to remand by January 22, 2021, Defendants shall file a response to Plaintiff's complaint on or before February 1, 2021.

IT IS SO ORDERED.

Dated: **January 22, 2021**

UNITED STATES MAGISTRATE JUDGE

2