William C. Wilson, SBN: 149683
Kim S. Cruz, SBN: 177406
Ryan G. Canavan, SBN: 313990
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone: 858.847.3237
Facsimile:  858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU284261]<br><br>Action Filed: September 11, 2020<br><br>**DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER's MOTION TO DISMISS (FRCP 12(b)(6)) and MOTION TO STRIKE (FRCP 12(f))** |

I, Kim S. Cruz, hereby declare:

1. The following is of my own personal knowledge and if called to testify thereto, I could and would do so competently. I am an attorney at law, duly licensed to practice in the State of California. I am an associate attorney at Wilson Getty LLP, attorneys of record for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER ("Redwood Springs")

2. A true and correct copy of the March 10, 2020 Declaration of United States Health and Human Services Secretary Alex Azar invoking the Public Readiness and Emergency Preparedness Act for the COVID-19 pandemic effective February 4, 2020 is attached to Defendant's Request for Judicial Notice as Exhibit "B."

**DECLARATION OF KIM S. CRUZ ISO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**
**Case No. 1:20-cv-01719-NONE-SAB**

3. A true and correct copy of the April 10, 2020, Amended Declaration of United States Health and Human Services Secretary Alex Azar extending liability immunity to additional covered countermeasures authorized under the Coronavirus Aid, Relief and Economic Security ("CARES") Act (i.e., NIOSH approved respiratory protective devices), effective March 27, 2020 is attached to Defendant's Request for Judicial Notice as Exhibit "C."

4. A true and correct copy of the June 4, 2020, Second Amendment to Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, Federal Register, Vol. 85, No. 110 is attached to Defendant's Request for Judicial Notice as Exhibit "D."

5. A true and correct copy of the December 3, 2020, Fourth Amendment to Declaration of Health and Human Services Secretary Alex Azar Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19 is attached Defendant's Request for Judicial Notice as Exhibit "E"

6. A true and correct copy of the August 14, 2020, Letter by Robert Charrow, General Counsel for the Office of the Secretary of the Department of Health and Human Services, to Thomas Barker of Foley Hoag, LLP is attached Defendant's Request for Judicial Notice as Exhibit "F."

7. A true and correct copy of the Advisory Opinion 20-04, issued October 22, 2020 as amended October 23, 2020, by General Counsel Robert Charrow is attached Defendant's Request for Judicial Notice as Exhibit "G."

8. A true and correct copy of the Department of Health & Human Services, Office of the Secretary, General Counsel Advisory Opinion on the Public Readiness and Emergency Preparedness Act and The March 10, 2020 Declaration Under the Act, April 17, 2020, as modified on May 19, 2020. is attached to Defendant's Request for Judicial Notice as Exhibit "H."

9. A true and correct copy of the List of Covered Countermeasures subject to Emergency Use Authorizations by the United States Food and Drug Administration which is attached to the April 17, 2020 Advisory Opinion is attached to Defendant's Request for Judicial Notice Exhibit "I"

10. A true and correct copy of the January 8, 2020, CDC Health Update regarding the Outbreak of Pneumonia of Unknown Eitology (PUE) in Wuhan China, is attached to Defendant's Request for Judicial Notice as Exhibit "J";

11. A true and correct copy of the January 17, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Known or Patients Under Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is attached Defendant's Request for Judicial Notice as Exhibit "K";

12. A true and correct copy of the January 24, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Known or Patients Under Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is attached too Defendant's Request for Judicial Notice as Exhibit "L",

13. A true and correct copy of the February 1, 2020 CDC Health Update and Interim Guidance on the Outbreak of 2019 Novel Coronavirus (2019-n-coV) is attached to Defendant's Requet for Judicial Notice as Exhibit "M".

14. True and correct copies of the California Department of Public Health ("CDPH") All Facilities Letters (AFLs) pushing out the information and directives issued by the CDC with respect to identification of PUI and infection prevention and control; AFLs 20-09, 20-10, 20-11, 20-13, and 20-15, are attached collectively as Exhibit "N" to Defendant's Request for Judicial Notice.

15. A true and correct copy of the Centers for Medicare and Medicaid Services ("CMS") February 6, 2020 Memorandum QSO 20-09-ALL instructing healthcare providers to adhere to CDC directives regarding the use of standard, contact and airborne precautions when interacting with PUI, is attached to Defendant's Request for Judicial Notice as Exhibit "O".

16. A true and correct copy of the February 28, 2020, CDC Health Update and Interim Guidance on the Outbreak of 2019 Novel Coronavirus (COVID-19) is attached to Defendant's Request for Judicial Notice as Exhibit "P".

17. A true and correct copy of the March 3, 2020, CDC Strategies to Prevent the Spread of COVID-19 in Long-Term Care Facilities (LTCF), is attached to Defendant's request for Judicial Notice as Exhibit "Q".

**DECLARATION OF KIM S. CRUZ ISO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**
**Case No. 1:20-cv-01719-NONE-SAB**

1  18. A true and correct copy of the March 3, 2020, CDPH All Facilities Letter AFL 20-17, is attached to Defendant's Request for Judicial Notice as Exhibit "R".

19. A true and correct copy of the March 4, 2020, CMS Memorandum Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes- QSO 20-14-NH, is attached to Defendant's Request for Judicial Notice as Exhibit "S".

20. A true and correct copy of the March 8, 2020 CDC Updated Guidance on Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19), is attached to Defendant's Request for Judicial Notice as Exhibit "T".

21. A true and correct copy of the March 10, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings is attached to Defendant's Request for Judicial Notice as Exhibit "U".

22. A true and correct copy of the March 10, 2020, CMS Memorandum QSO 20-17-ALL-Guidance for use of Certain Industrial Respirators by Health Care Personnel, is attached to Defendant's Request for Judicial Notice as Exhibit "V."

23. A true and correct copy of the March 11, 2020 CDPH All Facilities Letter AFL 20-22 is attached to Defendant's Request for Judicial Notice as Exhibit "W".

24. A true and correct copy of the March 13, 2020 CMS Memorandum QSO-20-14-NH-Guidance for Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes (REVISED), is attached to Defendant's Request for Judicial Notice as Exhibit "X".

25. True and correct copies of the March 17, 2020 CDC documents containing strategies for the optimizing the supply of eye protection, isolation gowns, N95 respirators and face masks, are collectively attached to Defendant's Request for Judicial Notice as Exhibit "Y".

26. A true and correct copy of the March 20, 2020 CMS Memorandum QSO 20-20-ALL Prioritization of Survey Activities, is attached to Defendant's Request for Judicial Notice as Exhibit "Z"

27. A true and correct copy of the March 21, 2020, CDC publication entitled "Preparing for COVID-19: Long-term Care Facilities Nursing Homes," is attached to Defendant's Request for Judicial Notice as Exhibit "AA."

**DECLARATION OF KIM S. CRUZ ISO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE
Case No. 1:20-cv-01719-NONE-SAB**

28. A true and correct copy of the April 2, 2020 CMS COVID-19 Long Term Care Facility Guidance, is attached to Defendant's Request for Judicial Notice as Exhibit "BB."

29. A true and correct copy of the March 30, 2020, California Department of Public Health All Facilities Letter, AFL 20-32. is attached to Defendant's Request for Judicial Notice as Exhibit "CC"

30. A true and correct copy of the April 13, 2020 CDPH All Facilities Letter AFL 20-39, notifying long-term care facilities of the latest CDC directives relating to the optimization of PPE supplies and advising facilities to review the strategies, is attached to Defendant's Request for Judicial Notice as Exhibit "DD."

31. A true and correct copy of Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision January 8, 2021, issued by Robert Charrow, General Counsel for the Department of Health & Human Services, Office of the Secretary, is attached to Defendant's Request for Judicial Notice o as Exhibit "EE."

32. A true and correct copy of the Fifth Amendment to Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, is attached to Defendant's Request for Judicial Notice as Exhibit "FF."

33. On January 13, 2021, I sent a meet and confer letter to Plaintiff's counsel, Dawn Smith and Paul Downey of Smith Clinesmith, LP, to meet and confer regarding the basis for removal and the remand issues in this case. In the correspondence, I requested that Plaintiff stipulate that Plaintiff is not contending and will not contend that Defendant was deficient in its use of and/or failure to utilize PPE and/or with respect to COVID-19 testing, as this would narrow the issues to be addressed on Plaintiff's Motion to Remand and in the case. A true and correct copy of this meet and confer letter and an email enclosing the letter are attached collectively hereto as Exhibit "GG." Plaintiff has not agreed to stipulate that there would be no claims regarding covered countermeasures such as PPE and COVID-19 testing. Plaintiff subsequently filed a Motion to Remand on January 22, 2021.

34. On January 27, 2021, after receiving the Court's Order, my office sent a meet and confer letter to Plaintiff's counsel, Dawn Smith and Paul Downey of Smith Clinesmith, LLP, detailing the basis for Defendant's Motion to Dismiss and Motion to Strike Plaintiff's Complaint. A Stipulation to Strike

all allegations regarding COVID-19 from Plaintiff's Complaint was sent with the letter. A true and correct copy of this meet and confer letter, Stipulation to Strike all allegations regarding COVID-19 from Plaintiff's Complaint and an email enclosing the letter are attached collectively to Ryan Canavan's Declaration as Exhibit "HH."

35. On January 29, 2021, I sent an email to Plaintiff's counsel to follow up with respect to the Meet and Confer sent on January 27, 2021.  In the email I inquired (1) whether Plaintiff Opposes dismissal of the action as a whole and of any cause of action thereto; (2) whether Plaintiff would be signing the proposed stipulation forwarded on January 13 and January 27, 2021; and (3) whether Plaintiff would be filing a First Amended Complaint. A true and correct copy of this email is attached hereto as Exhibit "II."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2021

　　　　　　/s/ Kim S. Cruz　　　　　　　　　　　
　　　　　　Kim S. Cruz

*Gary Gagliolo, individually and as SII to the Estate of Joseph Gagliolo v. Kaweah Manor, Inc. dba Kaweah Manor Convalescent Hospital, et al.*
**United States District Court**
**Eastern District of Caliornia**
**Case No.**
**\*\*\***
**PROOF OF SERVICE**

I am employed in San Diego County.  I am over the age of 18 and not a party to this action.  My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **February 1, 2021**, I served the foregoing documents, described in this action as:

**DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANT, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER's MOTION TO DISMISS (FRCP 12(b)(6)) and MOTION TO STRIKE (FRCP 12(f))**

As follows:

Dawn M. Smith, Esq.
Eric D. Hitchcock, Esq.
Smith Clinesmith, LLP
325 N. St. Paul St., 29th Floor
Dallas, TX 75201
T: 214.953.1900
F: 214.953.1901
Email: dawn@smithclinesmith.com
Email: Eric@smithclinesmith.com
*Counsel for Plaintiff*

**[X]   By CM/ECF ELECTRONIC DELIVERY:**   In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 1, 2021** at San Diego, California.

_____
Tonya Jampois