**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GAGLIOLO,<br><br>                          Plaintiff,<br><br>vs.<br><br>KAWEAH MANOR INC., et al.,<br><br>                          Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>ORDER DENYING JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6) AND MOTION TO STRIKE (FRCP 12(f)) AND CONTINUING THE BRIEFING SCHEDULE AND MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

On January 21, 2021, Gary Gagliolo ("Plaintiff") filed a motion to remand this removal action to the state court. (ECF No. 14.) A hearing was set in the motion, but on January 25, 2021, an order issued informing the parties that no hearing would be calendared and the matter was to be decided on the papers. (ECF No. 15.) On February 1, 2021, Kaweah Manor, Inc. and Spruce Holdings, LLC ("Defendants") filed a motion to dismiss and motion to strike that was set for a hearing before the magistrate judge. (ECF No. 17.) On February 2, 2021, an order was filed informing the parties that the matter would be decided by the district judge on the papers and without a hearing. (ECF No. 20.) Defendant filed an opposition to the motion to remand on February 9, 2021. (ECF No. 21.) On February 17, 2021, the parties filed a stipulation to continue the hearing date on the motion to dismiss and motion to strike. (ECF No. 24.)

Although the parties seek to continue the hearing on the motion to dismiss, as advised in the February 2, 2021 order, no hearing is currently set. Accordingly, the request to continue the hearing is denied. However, to the extent that the parties seek to continue the briefing of the motion due to the technical issues raised in the stipulation, the Court shall amend the briefing schedule.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The joint request to continue the hearing on the motion to dismiss and motion to strike is DENIED;

2. Any opposition to the motion to dismiss and motion to strike shall be filed on or before **March 24, 2021**;

3. Any reply to the motion to dismiss and motion to strike shall be filed on or before **March 31, 2021**;

4. The mandatory scheduling conference set for June 24, 2021 is CONTINUED to **October 19, 2021, at 10:30 a.m.** in Courtroom 9; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**February 17, 2021**__

UNITED STATES MAGISTRATE JUDGE