**LEWIS BRISBOIS BISGAARD & SMITH** LLP
LANN G. McINTYRE, SB# 106067
  E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant, KAWEAH MANOR, INC.,
dba KAWEAH MANOR CONVALESCENT HOSPITAL

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. ] VCU284261<br><br>**DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF REQUEST TO SEAL DOCUMENTS; DECLARATION OF LANN G. McINTYRE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Eastern District Local Rule 141, Defendant KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL ("Kaweah") seeks an order permitting the filing under seal of the following documents:

1. The Motion for Good Faith Settlement Determination pertaining to the confidential settlement agreement reached in this matter by and between Plaintiffs and Defendant Kaweah.

4837-7779-7342.1                                          1
DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF REQUEST TO SEAL DOCUMENTS

1  Filing under seal is sought on the grounds that the information contained in the aforementioned documents constitutes confidential settlement information and the settlement agreement related thereto includes a confidentiality clause which precludes the parties from disclosing any of the terms of the settlement. Plaintiffs do not object to the current request. [Declaration of Lann G. McIntyre.]

The Request to Seal Documents, Proposed Order Granting Request to Seal Documents, and the documents sought to be sealed were provided to Plaintiffs' counsel on March 17, 2021.

The Request to Seal Documents, Proposed Order Granting Request to Seal Documents, and the documents sought to be sealed were submitted to the Court on March 25, 2021, via e-mail to Magistrate Judge Stanley A. Boone's proposed orders email address, saborders@caed.uscourts.gov, with the e-mail subject line "Case No. 1:20-cv-01719-NONE-SAB– Request to Seal Documents," pursuant to Local Rule 141(b).

This Notice is based on all of the pleadings, files, and records in this proceeding, and on such argument and evidence as may be presented to the Court.

Dated: March 25, 2021          Lewis Brisbois Bisgaard & Smith LLP

By: /s/ Lann G. McIntyre
Lann G. McIntyre
Attorneys for Defendant, KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL



4837-7779-7342.1                         2
DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF REQUEST TO SEAL DOCUMENTS

## DECLARATION OF LANN G. McINTYRE

I, Lann G. McIntyre, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL ("Defendant). The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. A Confidential Settlement Agreement was entered into by and between Plaintiff GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO and Defendant KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL. The terms of this Agreement, including confidentiality, form the basis for Defendant's Request to Seal the following documents: Defendant's Good Faith Settlement Motion and Declaration of Lann G. McIntyre attached therewith. This Motion is attached as hereto as **Exhibit A**.

3. Our office provided Plaintiffs' counsel a copy of Defendant's Good Faith Settlement Motion and Notice of Request to Seal Documents, with proposed orders, and on March 23, 2020, Plaintiffs' counsel informed us they were not objecting to the Request to Seal.

4. The documents which are requested to be sealed should not be shared with anyone but the parties to the action, this Court, and this Court's personnel as needed.

5. As to **Exhibit A**, the number of pages sought to be sealed total eight (8).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 25, 2021         */s/* Lann G. McIntyre
                              Lann G. McIntyre

**FEDERAL COURT PROOF OF SERVICE**
Gagliolo, et al v. Kaweah Manor, Inc. etc al
USDC Eastern District - Case No. 1:20-at-00990

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 25, 2021, I served the following document(s): **DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF REQUEST TO SEAL DOCUMENTS; DECLARATION OF LANN G. McINTYRE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Dawn M. Smith, Esq.<br>Eric D. Hitchcock, Esq.<br>SMITH CLINESMITH, LLP<br>325 N. St. Paul St., 29th Floor<br>Dallas, TX 75201<br>Tel No.: (214) 953-1900<br>Fax No.: (214) 953-1901<br>Email: dawn@smithclinesmith.com<br>eric@smithclinesmith.com<br>service@smithcinesmith.com<br><br>***Attorneys for Plaintiffs GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO*** | William C. Wilson, Esq.<br>Kim S. Cruz, Esq.<br>Ryan G. Canavan, Esq.<br>WILSON GETTY LLP<br>12555 High Bluff Drive, Suite 270<br>San Diego, CA 92130<br>Tel: (858) 847-3237<br>Fax: (858) 847-3365<br>Emails:<br>rcanavan@wilsongetty.com;<br>tjamois@wilsongetty.com;<br>KCruz@wilsongetty.com;<br>fvillalpando@wilsongetty.com<br>***Attorneys for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER*** |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 25, 2021, at Los Angeles, California.

/s/ Yissel Lopez

