**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANN G. McINTYRE, SB# 106067
  E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant, KAWEAH MANOR, INC.,
dba KAWEAH MANOR CONVALESCENT HOSPITAL

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. ] VCU284261<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>Hearing: June 9, 2021<br>Time:    10:00 a.m.<br>Crtrm:   9 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, after reviewing Defendant KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL's ("Defendant Kaweah") Motion For Determination Of Good Faith Settlement, and any opposition thereto, hereby rules as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

4842-4148-6056.1

[PROPOSED] ORDER GRANTING DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR
CONVALESCENT HOSPITAL'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

# [PROPOSED] ORDER

Defendant Kaweah's Motion for Good Faith Settlement Determination pursuant to Code of Civil Procedure §§ 877 and 877.6 is GRANTED.

**IT IS ORDERED.**

Dated: _____, 2021

The Hon. Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

4842-4148-6056.1

2

[PROPOSED] ORDER GRANTING DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR
CONVALESCENT HOSPITAL'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**FEDERAL COURT PROOF OF SERVICE**
Gagliolo, et al v. Kaweah Manor, Inc. etc al
USDC Eastern District - Case No. 1:20-at-00990

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 7, 2021, I served the following document(s): **[PROPOSED] ORDER GRANTING DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S REQUEST TO SEAL DOCUMENTS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Dawn M. Smith, Esq.<br>Eric D. Hitchcock, Esq.<br>SMITH CLINESMITH, LLP<br>325 N. St. Paul St., 29th Floor<br>Dallas, TX 75201<br>Tel No.: (214) 953-1900<br>Fax No.: (214) 953-1901<br>Email: dawn@smithclinesmith.com<br>eric@smithclinesmith.com<br>service@smithcinesmith.com<br><br>***Attorneys for Plaintiffs GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO*** | William C. Wilson, Esq.<br>Kim S. Cruz, Esq.<br>Ryan G. Canavan, Esq.<br>WILSON GETTY LLP<br>12555 High Bluff Drive, Suite 270<br>San Diego, CA 92130<br>Tel: (858) 847-3237<br>Fax: (858) 847-3365<br>Emails:<br>rcanavan@wilsongetty.com;<br>tjamois@wilsongetty.com;<br>KCruz@wilsongetty.com;<br>fvillalpando@wilsongetty.com<br><br>***Attorneys for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER*** |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 7, 2021, at Los Angeles, California.

/s/ Yissel Lopez

