1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANN G. McINTYRE, SB# 106067
2 |    E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
3 | San Diego, California 92101
Telephone: 619.233.1006
4 | Facsimile: 619.233.8627

5 | Attorneys for Defendant, KAWEAH MANOR, INC.,
dba KAWEAH MANOR CONVALESCENT
6 | HOSPITAL

7 | **UNITED STATES DISTRICT COURT**

8 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9 |

| | |
|---|---|
| 10 GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF 11 JOSEPH GAGLIOLO, | Case No. 1:20-cv-01719-NONE-SAB |
| | Stanley A. Boone – U.S. Magistrate Judges |
| 12    Plaintiffs, | [Removal from Superior Court of California, County of Tulare Case No. ] |
| 13    vs. | VCU284261 |
| 14 KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; 15 SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE 16 CENTER; AND DOES 1-50, , | **JOINT STIPULATION ON GOOD FAITH SETTLEMENT** |
| 17    Defendants. | |

18 |

19 | TO ALL PARTIES, TO THE CLERK OF THE COURT, AND TO THIS HONORABLE

20 | COURT:

21 |      Defendant KAWEAH MANOR, INC.  dba KAWEAH MANOR CONVALESCENT

22 | HOSPITAL (hereinafter "Kaweah" or "Settling Defendant"), and its counsel of record Kathleen M.

23 | Walker and  Lann G. McIntyre of Lewis Brisbois Bisgaard & Smith, LLP, the Defendant SPRUCE

24 | HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER, and its counsel of

25 | record William C. Wilson and Kim S. Cruz of Wilson Getty, LLP; and Plaintiffs GARY

26 | GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO

27 | (hereinafter, collectively "Plaintiffs"), and their counsel Dawn M. Smith and Paul Downey of the

28 | Smith Clinesmith, LLP, and hereby enter into this stipulation that the settlement reached by

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Plaintiffs separately with Kaweah is in good faith in accordance with California Code of Civil

2  Procedure sections 877 and 877.6.

3      The parties seek to streamline the determination of the pending law and motion issues before

4  the Court as doing so is in the best interest of the court and all parties, and promotes judicial economy

5  and efficiency.

6      The issuance of an Order finding that this settlement is in good faith in accordance with

7  California Code of Civil Procedure sections 877 and 877.6 will obviate the need for the Court to

8  consider a good faith settlement motion.

9      Whereas, while Settling Defendant denies liability and believe the settlement exceeds their

10  potential liability at trial, this settlement was reached in order to avoid the costs of litigation and the

11  possibility of an unexpected jury verdict;

12     Whereas, the Parties agree that the settlement between plaintiffs and Settling Defendant was

13  made in good faith, pursuant to California Code of Civil Procedure section 877.6, and that the

14  amount of the settlement was reasonable and "in the ballpark" of each Settling Defendant's

15  proportionate share of liability, based on the factors set forth in *Tech-Bilt, Inc. v. Woodward- Clyde

16  & Assoc.* (1985) 38 Cal.3d 488, thereby barring all pending, potential and future complaints and

17  cross-complaints for total equitable indemnity, equitable comparative contribution, partial

18  indemnity or comparative indemnity, whether existing now or existing in the future;

19     Whereas, there has been no collusion, fraud, or tortious conduct by any of the Parties to the

20  settlement; and

21     Whereas the Parties agree that this Stipulation may be executed simultaneously in one or

22  more counterparts each of which shall be considered an original, but all of which together shall

23  constitute one and the same instrument

24     Accordingly, IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their

25  attorneys of record, Smith Clinesmith, LLP; Defendant Kaweah, by and through its attorneys of

26  record, Lewis Brisbois Bisgaard & Smith LLP; and SPRUCE HOLDINGS, LLC dba REDWOOD

27  SPRINGS HEALTHCARE CENTER, by and through its attorneys of record Wilson Getty, LLP, as

28  follows:


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1      1.     The settlement reached between Plaintiffs and Defendant Kaweah is in good faith in

2  accordance with California Code of Civil Procedure sections 877 and 877.6.

3      2.     That this determination that the settlement was made in good faith shall bar any

4  other joint tortfeasor from any further claims against the settling Defendant for total equitable

5  indemnity, equitable comparative contribution, partial indemnity or comparative indemnity arising

6  out of the above-described litigation, whether existing now or existing in the future.

7

8       **IT IS SO STIPULATED.**

9

10  DATED:  May 17, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12

13                           By:      */s/ LANN G. McINTYRE*

                               LANN G. McINTYRE

14                             Attorneys for Defendant, KAWEAH MANOR,
INC.,  dba KAWEAH MANOR

15                             CONVALESCENT HOSPITAL

16

17

18

19  Dated:  May 17, 2021         SMITH CLINESMITH, LLP

20

                           By:  */s/ DAWN M. SMITH*

21                             Dawn M. Smith
                             Paul Downey

22                             Attorneys for Plaintiff, GARY GAGLIOLO,
                             individually and as Successor-In-Interest to

23                             the ESTATE OF JOSEPH GAGLIOLO

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Dated:  May 17, 2021                          WILSON GETTY LLP


By: */s/ KIM S. CRUZ*
                William C. Wilson
                Kim S. Cruz
                Ryan G. Canavan
                Attorneys for Defendant SPRUCE
                HOLDINGS, LLC dba REDWOOD
                SPRINGS HEALTHCARE CENTER


**IT IS SO ORDERED.**


Dated:_____


_____
Hon. Stanley A. Boone
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-7970-9914.1                    4                    Case No. 1:20-cv-01719-NONE-SAB
JOINT STIPULATION ON GOOD FAITH SETTLEMENT

**CERTIFICATE OF SERVICE**
***Gagliolo v. Kaweah Manor, Inc., et al.***
USDC Eastern District - Case No. 1:20-cv-01719

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 17, 2021, I served the following document(s):  **JOINT STIPULATION ON GOOD FAITH SETTLEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Dawn M. Smith, Esq. | William C. Wilson, Esq. |
| Eric D. Hitchcock, Esq. | Kim S. Cruz, Esq. |
| SMITH CLINESMITH, LLP | Ryan G. Canavan, Esq. |
| 325 N. St. Paul St., 29th Floor | WILSON GETTY LLP |
| Dallas, TX 75201 | 12555 High Bluff Drive, Suite 270 |
| Tel No.: (214) 953-1900 | San Diego, CA 92130 |
| Fax No.: (214) 953-1901 | Tel: (858) 847-3237 |
| Email: dawnS@smithclinesmith.com | Fax: (858) 847-3365 |
| eric@smithclinesmith.com | Emails: |
| service@smithcinesmith.com | rcanavan@wilsongetty.com; |
| | tjamois@wilsongetty.com; |
| ***Attorneys for Plaintiffs GARY GAGLIOLO,*** | KCruz@wilsongetty.com; |
| ***individually and as Successor-In-Interest to*** | fvillalpando@wilsongetty.com |
| ***the ESTATE OF JOSEPH GAGLIOLO*** | |
| | ***Attorneys for Defendant, SPRUCE*** |
| | ***HOLDINGS, LLC dba REDWOOD SPRINGS*** |
| | ***HEALTHCARE CENTER*** |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 17, 2021, at Los Angeles, California.


*Yissel Lopez*
Yissel Lopez



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW