**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANN G. McINTYRE, SB# 106067
  E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant, KAWEAH MANOR, INC.,
dba KAWEAH MANOR CONVALESCENT HOSPITAL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL; SPRUCE HOLDINGS LLC, d/b/a REDWOOD SPRINGS HEALTHCARE CENTER; AND DOES 1-50,<br><br>Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU284261]<br><br>**DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF WITHDRAWAL OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT C.C.P. SECTION 877.6(a)(2)**<br><br><br>**June 2, 2021** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Defendant Kaweah Manor, Inc., dba Kaweah Manor Convalescent Hospital ("Kaweah"), withdraws its Motion for Determination of Good Faith Settlement. The parties have stipulated to good faith settlement and the stipulation was submitted to the Court. The Motion is not necessary at this time.

///

///

1  Accordingly, the parties request that the oral hearing, currently scheduled for June 9, 2021, at 10:00 a.m., in Courtroom 9, be taken off calendar.

Dated: June 8, 2021

Lewis Brisbois Bisgaard & Smith LLP

By: /s/ *Lann G. McIntyre*
Lann G. McIntyre
Attorneys for Defendant,
KAWEAH MANOR INC., d/b/a KAWEAH MANOR CONVALESCENT HOSPITAL



DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF WITHDRAWAL OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT C.C.P. SECTION 877.6(a)(2)

**FEDERAL COURT PROOF OF SERVICE**
*Gagliolo v. Kaweah Manor, Inc., et al.*
USDC Eastern District - Case No. 1:20-cv-01719-NONE-SAB

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 8, 2021, I served the following document(s): **DEFENDANT KAWEAH MANOR, INC., dba KAWEAH MANOR CONVALESCENT HOSPITAL'S NOTICE OF WITHDRAWAL OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT C.C.P. SECTION 877.6(a)(2)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Dawn M. Smith, Esq.<br>Eric D. Hitchcock, Esq.<br>SMITH CLINESMITH, LLP<br>325 N. St. Paul St., 29th Floor<br>Dallas, TX 75201<br>Tel No.: (214) 953-1900<br>Fax No.: (214) 953-1901<br>Email: dawn@smithclinesmith.com<br>eric@smithcinesmith.com<br>service@smithcinesmith.com<br><br>***Attorneys for Plaintiffs GARY GAGLIOLO, individually and as Successor-In-Interest to the ESTATE OF JOSEPH GAGLIOLO*** | William C. Wilson, Esq.<br>Kim S. Cruz, Esq.<br>Ryan G. Canavan, Esq.<br>WILSON GETTY LLP<br>12555 High Bluff Drive, Suite 270<br>San Diego, CA 92130<br>Tel: (858) 847-3237<br>Fax: (858) 847-3365<br>Emails:<br>rcanavan@wilsongetty.com;<br>tjamois@wilsongetty.com;<br>KCruz@wilsongetty.com;<br>fvillalpando@wilsongetty.com<br><br>***Attorneys for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER*** |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 8, 2021, at San Diego, California.

*/s/ Janis Kent*
Janis Kent