# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GAGLIOLO,<br><br>    Plaintiff,<br><br>    v.<br><br>KAWEAH MANOR, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-01719-NONE-SAB<br><br>ORDER DISREGARDING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 41, 42) |

On June 14, 2021, the parties filed a stipulation to continue the scheduling conference previously set for June 24, 2021, due to the pending motion to remand. (ECF No. 41.) However, the scheduling conference previously set for June 24, 2021, was already continued and the stipulation was filed in error, as indicated in the notice to disregard the stipulation filed on June 17, 2021. (ECF No. 42.)

Accordingly, IT IS HEREBY ORDERED that the stipulation filed on June 14, 2021 (ECF No. 41), is DISREGARDED.

IT IS SO ORDERED.

Dated:   **June 21, 2021**

_____
UNITED STATES MAGISTRATE JUDGE