**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GAGLIOLO, | No. 1:20-cv-01719-JLT-SAB |
| Plaintiff, | |
| v. | ORDER REMANDING ACTION |
| KAWEAH MANOR, INC., et al., | |
| Defendants. | |

The above-captioned matter is one of several pending state-law actions concerning nursing homes' responses to the coronavirus pandemic. They were initially filed in California state courts and were subsequently removed to this U.S. District Court based on federal-question jurisdiction. The notice of removal in each case asserts, among other things, that the state law causes of action are preempted by the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d and 247d-6e (2006) (the "PREP Act"). Plaintiffs in each action have filed a motion to remand.

On December 15, 2021, the Court issued an order staying this action pending the Ninth Circuit's ruling in *Saldana v. Glenhaven Healthcare LLC*, No. 20-56194. (Doc. 48.) In that order, the parties were directed to "file either a stipulation regarding the lifting of the stay and setting forth appropriate deadlines or a joint status report indicating their respective positions on further proceedings" within fourteen days of the entry of the mandate by the Ninth Circuit resolving

1

*Saldana*. (*Id*. at 4.) The Ninth Circuit issued the mandate in *Saldana* on April 26, 2022. More than fourteen days passed, but the parties failed to file a stipulation or joint status report in this action.

On June 6, 2022, the Court entered a Minute Order indicating as follows:

> Defendants are hereby ordered to show cause why this action should not be remanded in light of the Ninth Circuit's decision in Saldana. Defendants shall file their responses to this order no later than June 17, 2022. Alternatively, the parties may submit a stipulation to remand. Failure to respond to this order to show cause will result in an order remanding this case[.]

(Doc. 52.)

To date, no party has responded to the Court's Minute Order. Accordingly, this case shall be remanded.

**CONCLUSION AND ORDER**

For the reasons set forth above, this action is remanded to the Superior Court of California, County of Tulare.

IT IS SO ORDERED.

Dated: __October 4, 2022__

UNITED STATES DISTRICT JUDGE

2